UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

In re:

Andrew Black and Hollie Sebastian,

Debtors

Case No. _____25-22319_____
Adv. No: _____
Chapter: _____13_____
Hearing Date: _____
Judge: _Vincent F. Papalia_____

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A Debtor who wishes to change the address of a Creditor previously included on their Schedules may also use this form.

Party's name/type:  Andrew Black,   Debtor
*(Example: John Smith, creditor)*

Old address:  110 Metro Trail
Hopatcong, NJ 07843

New address:  91 Mount View Street
Apt 2
Newton, NJ 07860

New phone no.: _____
*(if debtor is filing and their phone number has changed)*

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/17/26                                    _____
                                                            Andrew Black