UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

| | |
|---|---|
| In re:<br><br>Andrew Black and Hollie Sebastian,<br><br>Debtors | Case No. _____25-22319_____<br>Adv. No: _____<br>Chapter: _____13_____<br>Hearing Date: _____<br>Judge: _Vincent F. Papalia_ |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A Debtor who wishes to change the address of a Creditor previously included on their Schedules may also use this form.

Party's name/type:        Hollie Sebastian,   Debtor
*(Example: John Smith, creditor)*

Old address:              110 Metro Trail
                          Hopatcong, NJ 07843

New address:              91 Mount View Street
                          Apt 2
                          Newton, NJ 07860

New phone no.:            _____
*(if debtor is filing and their phone number has changed)*

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/17/26                        _Hollie Sebastian_____
                                     Hollie Sebastian