UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**AMENDED ORDER SHORTENING TIME PERIOD FOR
NOTICE, SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 14, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

After review of the application of <u>Scott Goldstein on behalf of Debtors, on a Motion to Sell 110 Metro</u>

<u>Trail, Hopatcong NJ 07843</u> under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ at _____ in
the United States Bankruptcy Court, _____,
Courtroom No. _____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.    ☐ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by zoom by emailing Chambers prior to the return date.

**9.  The prior Order, entered on May 13, 2026, at docket no. 44, is amended to correct a scrivener's error on Page 2, Paragraph 1, and shall be superseded by this Order.**

*rev.1/12/22*

3