UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Andrew Black
Hollie Sebastian
Debtors.

Case No.: ___25-22319___

Chapter: ___13___

Judge: ___Vincent F. Papalia___

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 13, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

After review of the application of <u>Motion for Authority to Obtain Credit Under Section 364(b), Rule</u> <u>4001(c) or (d) Filed by Aiden Murphy on behalf of Jessica J. Pierre</u> under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____May 21, 2026_____ at _10:00am_ in the United States Bankruptcy Court, _____50 Walnut Street, Newark, New Jersey, 07102_____, Courtroom No. __3B__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: all secured creditors and their counsel, if known; prospective buyers and their counsel _____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: all other creditors or their counsel, The Chapter 13 Standing Trustee and any other party having filed a Notice of Appearance in this case by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____1_____ day(s) prior to the scheduled hearing; or

□  may be presented orally at the hearing.

8.    ☒  Court appearances are required to prosecute the motion/application and any objections.

☒  Parties may request to appear by zoom by emailing Chambers prior to the return date.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-22319-VFP

Andrew Thomas Black                                                          Chapter 13

Hollie Sebastian

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: May 14, 2026                  Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**          **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID**                          **Recipient Name and Address**
db/jdb                      +   Andrew Thomas Black, Hollie Sebastian, 91 Mount View Street, Apt. 2, Newton, NJ 07860-2208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Marie-Ann Greenberg
    magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com
    matthew.fissel@brockandscott.com

Scott J. Goldstein
    on behalf of Joint Debtor Hollie Sebastian scott@wg-attorneys.com
    LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

Scott J. Goldstein
    on behalf of Debtor Andrew Thomas Black scott@wg-attorneys.com
    LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                                    User: admin                                              Page 2 of 2
Date Rcvd: May 14, 2026                                 Form ID: pdf903                                          Total Noticed: 1
TOTAL: 5