UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Andrew Black and
Hollie Sebastian
Debtors.

Case No.: _____25-22319_____

Chapter: _____13_____

Judge: _____Vincent F. Papalia_____

### AMENDED ORDER SHORTENING TIME PERIOD FOR
### NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 14, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

After review of the application of <u>Scott Goldstein on behalf of Debtors, on a Motion to Sell 110 Metro</u>

<u>Trail, Hopatcong NJ 07843</u> under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ May 21, 2026 _____ at  10:00am   in

the United States Bankruptcy Court, _____ 50 Walnut Street, Newark, New Jersey, 07102 _____,

Courtroom No. ___3B___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 all secured creditors and their counsel, if known; prospective buyers and their counsel _____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
 all other creditors or their counsel, The Chapter 13 Standing Trustee and any _____

 other party having filed a Notice of Appearance in this case _____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____1_____ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by zoom by emailing Chambers prior to the return date.

**9. The prior Order, entered on May 13, 2026, at docket no. 44, is amended to correct a scrivener's error on Page 2, Paragraph 1, and shall be superseded by this Order.**

*rev.1/12/22*

3

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-22319-VFP

Andrew Thomas Black                                                             Chapter 13

Hollie Sebastian

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                              Page 1 of 2

Date Rcvd: May 14, 2026                   Form ID: pdf903                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID               Recipient Name and Address**
db/jdb           +  Andrew Thomas Black, Hollie Sebastian, 91 Mount View Street, Apt. 2, Newton, NJ 07860-2208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name                          Email Address**

Marie-Ann Greenberg
                               magecf@magtrustee.com

Matthew K. Fissel
                               on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com
                               matthew.fissel@brockandscott.com

Scott J. Goldstein
                               on behalf of Joint Debtor Hollie Sebastian scott@wg-attorneys.com
                               LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

Scott J. Goldstein
                               on behalf of Debtor Andrew Thomas Black scott@wg-attorneys.com
                               LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

U.S. Trustee
                               USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                          User: admin                                      Page 2 of 2
Date Rcvd: May 14, 2026                       Form ID: pdf903                                Total Noticed: 1
TOTAL: 5