**Order Filed on June 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-l( b)** Matthew Fissel, Esq. KML LAW GROUP, P.C. 701 Market Street, Suite 5000 Philadelphia, PA 19106 215-627-1322 mfissel@kml lawgroup .com Attorneys for Secured Creditor: AMERIHOME MORTGAGE COMPANY LLC c/o ServiceMac, LLC |
| In Re: Andrew Thomas Black Hollie Sebastian DEBTORS |

Case No:     25-22319 VFP

Chapter: 13

Judge: Vincent F. Papalia

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED.**

**DATED: June 9, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | Andrew Thomas Black &Hollie Sebastian |
| Case No.: | 25-22319 VFP |
| Caption: | **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM** |

This matter, having been brought before the Court by Matthew Fissel, Esq., KML Law Group, P.C., attorneys for Secured Creditor, AMERIHOME MORTGAGE COMPANY LLC c/o ServiceMac, LLC, holder of a mortgage on real property known as 110 Metro Trail, Hopatcong, NJ 07843, with the consent of Scott J. Goldstein Esq., counsel for the Debtors.

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor will file a Proof of Claim within 7 days of this order being entered on the claims register; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtors reserves their right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:                Dated: 4/6/2026

_/s/Matthew Fissel_____

MATTHEW FISSEL, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:                Dated: 5/20/2026

_/s/_____

SCOTT J. GOLDSTEIN, ESQ., ATTORNEY FOR DEBTOR