Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−22319−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew Thomas Black                          Hollie Sebastian
91 Mount View Street                         91 Mount View Street
Apt. 2                                       Apt. 2
Newton, NJ 07860                             Newton, NJ 07860

Social Security No.:
  xxx−xx−3752                                xxx−xx−1489

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 8, 2026.

Dated: June 8, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-22319-VFP |
| Andrew Thomas Black | Chapter 13 |
| Hollie Sebastian | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 08, 2026 | Form ID: plncf13 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew Thomas Black, Hollie Sebastian, 91 Mount View Street, Apt. 2, Newton, NJ 07860-2208 |
| r | + | Jennifer Kasilag, 131 Landing Road, Landing, NJ 07850-1533 |
| 520890599 | + | AMERIHOME MTG CO, LLC, 21300 VICTORY BLVD STE 2, WOODLAND HILLS, CA 91367-2525 |
| 520890600 | + | Atlantic Heath Services, 651 Willie Grove St., Hackettstown, NJ 07840-1799 |
| 520890611 | + | Kayla Gencarelli, 87 Allen Street, Netcong, NJ 07857-1204 |
| 520890613 | + | Law Offices of Wenarsky & Goldstein LLC, 410 Route 10 West Ste 214, Ledgewood, NJ 07852-9600 |
| 520890617 | | NJ Emergency Rescue Mtg Assistance Program, 637 S Clinton Ave PO Box 18550, Trenton, NJ 08650-2085 |
| 520890618 | + | Petro Home Service, 15 Richboynton Rd, Dover, Dover, NJ 07801-2649 |
| 520890620 | | Rockaway Animal Hospital, 328 Us-46, Rockaway, NJ 7866 |
| 520890623 | + | Short Hills Surgery Center, 187 Millburn Ave, Millburn, NJ 07041-1845 |
| 520890624 | + | WELLS FARGO AUTO CRE, PO BOX 71092, CHARLOTTE, NC 28272-1092 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2026 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2026 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 08 2026 22:02:26 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 521089720 | ^ | MEBN | Jun 08 2026 21:48:04 | AMERIHOME MORTGAGE COMPANY LLC c/o ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 520892685 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 08 2026 22:02:26 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520898357 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 08 2026 22:03:02 | Ally Capital Department, AIS Portfolio Services, LLC, Account: XXXXXXXX4897, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520916078 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 08 2026 22:02:26 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520890598 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 08 2026 21:48:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Jun 08, 2026 | Form ID: plncf13 | Total Noticed: 43

| | | | |
|---|---|---|---|
| 520892764 | Email/Text: ECMCBKNotices@ecmc.org | Jun 08 2026 21:50:00 | Ascendium Education Solutions, Inc OBO, Florida Department of Education OSFA, PO Box 8961, Madison WI 53708-8961 |
| 520955076 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2026 22:03:04 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520890602 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2026 22:02:59 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 520890603 | Email/Text: ibnk@conserve-arm.com | Jun 08 2026 21:49:00 | CONSERVE, PO Box 307, Fairport, NY 14450-0307 |
| 520890604 | + Email/Text: mrdiscen@discover.com | Jun 08 2026 21:48:00 | Discover Bank, 502 E Market St, Greenwood, DE 19950-9700 |
| 520890605 | + Email/Text: bankruptcy@foundationfinance.com | Jun 08 2026 21:50:00 | Foundation Finance, 7802 MEADOW ROCK DRIVE, WESTON, WI 54476-5262 |
| 520955194 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 08 2026 21:50:00 | Foundation Finance Company, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 520890606 | + Email/PDF: blackdragon1086@gmail.com | Jun 08 2026 21:48:00 | Hollie Sebastian, 110 Metro Trl, Hopatcong, NJ 07843-1554 |
| 520890610 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2026 21:49:00 | IRS, Attn: Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520939736 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 08 2026 21:50:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520890612 | ^ MEBN | Jun 08 2026 21:46:50 | KML Law Group, PC, 701 Market Street, Philadelphia, NJ 19106-1538 |
| 520890614 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2026 21:50:00 | MIDLAND CREDIT MANAGEM, 320 E BIG BEAVER RD STE, TROY, MI 48083-1238 |
| 520942795 | + Email/Text: bankruptcy@certified-solutions.com | Jun 08 2026 21:49:00 | MORRISTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520890615 | Email/Text: Bankruptcy@mjrf.com | Jun 08 2026 21:49:00 | Mullooly Jeffrey Rooney & Flynn, LLP, 6851 Jericho Turnpike Suite 220, Syosset, NY 11791-9036 |
| 520941948 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2026 21:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520890619 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2026 22:03:02 | PORTFOLIO RECOV ASSOC, PO Box Box 12914, Norfolk, VA 23541-0914 |
| 520920654 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2026 22:03:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520890621 | Email/Text: EBN@seliplaw.com | Jun 08 2026 21:49:00 | Selip & Stylianou LLP, PO Box 914, Paramus, NJ 07653 |
| 520890616 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 08 2026 21:48:00 | New Jersey Division of Taxation, Bankruptcy Unit, 3 John Fitch Way Fl. 5, Trenton, NJ 08695-0245 |
| 520955337 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 08 2026 21:48:00 | State of New Jersey-Division of Taxation, PO Box 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520890622 | ^ MEBN | Jun 08 2026 21:48:04 | Servicemac, LLC, 9726 Old Bailes Rd Ste 2, Fort Mill, SC 29707-7881 |
| 520958996 | Email/Text: BNCnotices@dcmservices.com | Jun 08 2026 21:49:00 | St Claires Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 521216225 | Email/Text: EDBKNotices@ecmc.org | Jun 08 2026 21:48:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520947674 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |

District/off: 0312-2                                    User: admin                                         Page 3 of 3
Date Rcvd: Jun 08, 2026                                 Form ID: plncf13                                    Total Noticed: 43

Jun 08 2026 22:02:25     Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,
                         PO Box 169005, Irving, Tx 75016-9005

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520892686 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520890607 | *+ | Hollie Sebastian, 110 Metro Trl, Hopatcong, NJ 07843-1554 |
| 520890609 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520890608 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520890601 | ##+ | BUREAU OF ACCOUNTS CON, 3601 US HIGHWAY 9, HOWELL, NJ 07731-3395 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Scott J. Goldstein | on behalf of Joint Debtor Hollie Sebastian scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| Scott J. Goldstein | on behalf of Debtor Andrew Thomas Black scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5