**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

June 11, 2026

**Re: Standing Trustee's Notice of Distribution**
**Case No: 25-22319**

On June 08, 2026 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 11, 2026

**Chapter 13 Case # 25-22319**

Atty:    SCOTT J. GOLDSTEIN

Re:    ANDREW THOMAS BLACK
HOLLIE SEBASTIAN
91 MOUNT VIEW STREET
APT. 2
NEWTON, NJ  07860

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 12/29/2025 | $250.00 | | 01/06/2026 | $250.00 | |
| 01/09/2026 | $250.00 | | 01/26/2026 | $250.00 | |
| 02/06/2026 | $250.00 | | 02/23/2026 | $250.00 | |
| 03/06/2026 | $250.00 | | 03/20/2026 | $250.00 | |
| 04/03/2026 | $250.00 | | 04/17/2026 | $250.00 | |
| 05/01/2026 | $250.00 | | 05/15/2026 | $250.00 | |
| 06/01/2026 | $250.00 | | | | |

**Total Receipts: $3,250.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,250.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 195.00 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERIHOME MORTGAGE COMPANY LLC | (NEW) Prepetition A | 34,230.72 | 100.00% | 0.00 | 34,230.72 |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ATLANTIC HEATH SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | BUREAU OF ACCOUNTS CON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,075.26 | 100.00% | 0.00 | 1,075.26 |
| 0007 | DISCOVER BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | UNITED STATES TREASURY/IRS | UNSECURED | 10,942.46 | 100.00% | 0.00 | 10,942.46 |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 4,210.49 | 100.00% | 0.00 | 4,210.49 |
| 0017 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,801.62 | 100.00% | 0.00 | 2,801.62 |
| 0019 | NJ EMERGENCY RESCUE MTG ASSISTAN | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,258.89 | 100.00% | 0.00 | 1,258.89 |
| 0022 | PETRO HOME SERVICE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | ROCKAWAY ANIMAL HOSPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | SHORT HILLS SURGERY CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0028 | WELLS FARGO AUTO | VEHICLE SECURE | 92.00 | 100.00% | 0.00 | 92.00 |
| 0030 | ALLY CAPITAL | VEHICLE SECURE | 53.70 | 100.00% | 0.00 | 53.70 |
| 0031 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,469.99 | 100.00% | 0.00 | 1,469.99 |
| 0032 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,225.13 | 100.00% | 0.00 | 1,225.13 |
| 0033 | ASCENDIUM EDUCATION SOLUTIONS IN | UNSECURED | 4,576.94 | 100.00% | 0.00 | 4,576.94 |
| 0034 | MORRISTOWN MEDICAL CTR | UNSECURED | 694.13 | 100.00% | 0.00 | 694.13 |
| 0035 | RESURGENT CAPITAL SERVICES | UNSECURED | 13.45 | 100.00% | 0.00 | 13.45 |
| 0036 | JEFFERSON CAPITAL SYSTEMS LLC | SECURED | 13,882.04 | 100.00% | 0.00 | 13,882.04 |
| 0037 | STATE OF NJ | UNSECURED | 1,264.28 | 100.00% | 0.00 | 1,264.28 |
| 0038 | SAINT CLARES HOSPITAL | UNSECURED | 2,500.00 | 100.00% | 0.00 | 2,500.00 |
| 0039 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 525.97 | 100.00% | 0.00 | 525.97 |

**Total Paid:  $195.00**

See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: June 11, 2026.

Receipts: $3,250.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $195.00     =     Funds on Hand: $3,055.00

Unpaid Balance to Claims: $80,817.07     +     Unpaid Trustee Comp: $5,158.54          =     Total Unpaid Balance: **$82,920.61

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.