UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-l( b)**
Matthew Fissel, Esq.
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kml lawgroup .com
Attorneys for Secured Creditor:
AMERIHOME MORTGAGE COMPANY
LLC c/o ServiceMac, LLC

Case No:    25-22319 VFP

Chapter: 13

Judge: Vincent F. Papalia

In Re:
Andrew Thomas Black
Hollie Sebastian
DEBTORS

**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

The relief set forth on the following page is hereby ordered **ORDERED.**

**DATED: June 9, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2

Debtors:        Andrew Thomas Black &Hollie Sebastian
Case No.:       25-22319 VFP
Caption:        **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Matthew Fissel, Esq., KML Law Group, P.C., attorneys for Secured Creditor, AMERIHOME MORTGAGE COMPANY LLC c/o ServiceMac, LLC, holder of a mortgage on real property known as 110 Metro Trail, Hopatcong, NJ 07843, with the consent of Scott J. Goldstein Esq., counsel for the Debtors.

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor will file a Proof of Claim within 7 days of this order being entered on the claims register; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtors reserves their right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:          Dated: 4/6/2026

*/s/Matthew Fissel*

MATTHEW FISSEL, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:          Dated: 5/20/2026

/s/

SCOTT J. GOLDSTEIN, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-22319-VFP

Andrew Thomas Black                                                              Chapter 13

Hollie Sebastian

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb    +  Andrew Thomas Black, Hollie Sebastian, 91 Mount View Street, Apt. 2, Newton, NJ 07860-2208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Marie-Ann Greenberg

    magecf@magtrustee.com

Matthew K. Fissel

    on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com
    matthew.fissel@brockandscott.com

Scott J. Goldstein

    on behalf of Joint Debtor Hollie Sebastian scott@wg-attorneys.com
    LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

Scott J. Goldstein

    on behalf of Debtor Andrew Thomas Black scott@wg-attorneys.com
    LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                          User: admin                                  Page 2 of 2
Date Rcvd: Jun 10, 2026                       Form ID: pdf903                              Total Noticed: 1

TOTAL: 5