UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
AMERIHOME MORTGAGE COMPANY LLC

**Order Filed on June 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Andrew Thomas Black
Hollie Sebastian
Debtors

Case No.: 25-22319 VFP

Chapter: 13

Hearing Date: 6/4/2026 @ 10am

Judge: Vincent F. Papalia

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 23, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Andrew Thomas Black & Hollie Sebastian
Case No:  25-22319 VFP
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, AMERIHOME MORTGAGE COMPANY LLC, Matthew Fissel, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 110 Metro Trail, Hopatcong, NJ 07843, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Scott J. Goldstein, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of June 9, 2026, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2025 through June 2026 for a total post-petition default of $13,518.11(6 @ $1,934.29; 1 @ $1,912.37); and

It is further **ORDERED, ADJUDGED and DECREED** that the subject property is to be sold by July 21, 2026 per Order Approving Sale entered by courts May 22, 2026 to pay off Secured Creditor's lien in full, including but not limited to the post-petition arrears referenced in this Order; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors will pay the loan in full with 30 days of closing; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid outside of Debtors' Chapter 13 plan, and that this motion is hereby resolved.