UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
AMERIHOME MORTGAGE COMPANY LLC

**Order Filed on June 23, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Andrew Thomas Black
Hollie Sebastian
Debtors

Case No.: 25-22319 VFP

Chapter: 13

Hearing Date: 6/4/2026 @ 10am

Judge: Vincent F. Papalia

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: June 23, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Andrew Thomas Black & Hollie Sebastian
Case No:  25-22319 VFP
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, AMERIHOME MORTGAGE COMPANY LLC, Matthew Fissel, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 110 Metro Trail, Hopatcong, NJ 07843, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Scott J. Goldstein, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of June 9, 2026, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2025 through June 2026 for a total post-petition default of $13,518.11(6 @ $1,934.29; 1 @ $1,912.37); and

It is further **ORDERED, ADJUDGED and DECREED** that the subject property is to be sold by July 21, 2026 per Order Approving Sale entered by courts May 22, 2026 to pay off Secured Creditor's lien in full, including but not limited to the post-petition arrears referenced in this Order; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors will pay the loan in full with 30 days of closing; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid outside of Debtors' Chapter 13 plan, and that this motion is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-22319-VFP

Andrew Thomas Black                                                              Chapter 13

Hollie Sebastian

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 24, 2026                       Form ID: pdf903                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb              +   Andrew Thomas Black, Hollie Sebastian, 91 Mount View Street, Apt. 2, Newton, NJ 07860-2208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name                          Email Address**

Marie-Ann Greenberg
                              magecf@magtrustee.com

Matthew K. Fissel
                              on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com
                              matthew.fissel@brockandscott.com

Scott J. Goldstein
                              on behalf of Debtor Andrew Thomas Black scott@wg-attorneys.com
                              LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

Scott J. Goldstein
                              on behalf of Joint Debtor Hollie Sebastian scott@wg-attorneys.com
                              LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                                    User: admin                                         Page 2 of 2

Date Rcvd: Jun 24, 2026                          Form ID: pdf903                                Total Noticed: 1

TOTAL: 5