UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel:  (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

**Order Filed on July 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Andrew Black and Hollie Sebastian,

                                                          Debtors

Case No. _____25-22319_____
Adv. No: _____
Chapter: _____13_____
Hearing Date: _____
Judge: _Vincent F. Papalia_____

## ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE

The relief set forth on the following page is **ORDERED**

**DATED: July 22, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work performed for Chapter 13 services has been rendered (ECF No.

_____), and no objections having been raised, it is:

**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of  $10,996.50  for services rendered and

expenses in the amount of  $1,073.91  for a total of  $12,070.41 .  The allowance is payable:

☒   Through the Chapter 13 Plan as an administrative priority.

- $12,070.41  less retainer of  $1,800.00  equals:  $10,270.41 

☐   The Chapter 13 Plan payments will change.

- Current plan payments are:  ____  for  ___  months.

- Beginning _____, Plan payments will increase to  _____  for ____ months.

☒   The Chapter 13 Plan payments will not change.

☐   Outside of the Chapter 13 Plan