UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel:  (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

|  |  |
|---|---|
| In re:<br><br>Andrew Black and Hollie Sebastian,<br><br><div align="right">Debtors</div> | Case No. _____25-22319_____<br>Adv. No: _____<br>Chapter: _____13_____<br>Hearing Date: _____<br>Judge: _Vincent F. Papalia_____ |

Order Filed on July 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE

The relief set forth on the following page is **ORDERED**

**DATED: July 22, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work performed for Chapter 13 services has been rendered (ECF No.

_____), and no objections having been raised, it is:

**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of  $10,996.50  for services rendered and

expenses in the amount of  $1,073.91  for a total of  $12,070.41 .  The allowance is payable:

⊠        Through the Chapter 13 Plan as an administrative priority.

- $12,070.41  less retainer of  $1,800.00  equals:  $10,270.41 

    ☐        The Chapter 13 Plan payments will change.

    - Current plan payments are: ____ for ___ months.

    - Beginning _____, Plan payments will increase to _____ for ____

        months.

    ⊠        The Chapter 13 Plan payments will not change.

☐        Outside of the Chapter 13 Plan

United States Bankruptcy Court

District of New Jersey

In re:

Andrew Thomas Black

Hollie Sebastian

    Debtors

Case No. 25-22319-VFP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb    +  Andrew Thomas Black, Hollie Sebastian, 91 Mount View Street, Apt. 2, Newton, NJ 07860-2208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Scott J. Goldstein | on behalf of Debtor Andrew Thomas Black scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| Scott J. Goldstein | on behalf of Joint Debtor Hollie Sebastian scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                                    User: admin                                            Page 2 of 2
Date Rcvd: Jul 22, 2026                                 Form ID: pdf903                                        Total Noticed: 1
TOTAL: 5