Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−22319−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Andrew Thomas Black<br>91 Mount View Street<br>Apt. 2<br>Newton, NJ 07860 | Hollie Sebastian<br>91 Mount View Street<br>Apt. 2<br>Newton, NJ 07860 |

Social Security No.:

| | |
|---|---|
| xxx−xx−3752 | xxx−xx−1489 |

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on June 8, 2026.

On 10/6/2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: November 5, 2026
Time: 09:45 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 6, 2026
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 25-22319-VFP
Andrew Thomas Black Chapter 13
Hollie Sebastian
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Oct 06, 2026 Form ID: 185 Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew Thomas Black, Hollie Sebastian, 91 Mount View Street, Apt. 2, Newton, NJ 07860-2208 |
| r | + | Jennifer Kasilag, 131 Landing Road, Landing, NJ 07850-1533 |
| 520890599 | + | AMERIHOME MTG CO, LLC, 21300 VICTORY BLVD STE 2, WOODLAND HILLS, CA 91367-2525 |
| 520890600 | + | Atlantic Heath Services, 651 Willie Grove St., Hackettstown, NJ 07840-1799 |
| 520890611 | + | Kayla Gencarelli, 87 Allen Street, Netcong, NJ 07857-1204 |
| 520890613 | + | Law Offices of Wenarsky & Goldstein LLC, 410 Route 10 West Ste 214, Ledgewood, NJ 07852-9600 |
| 520890617 | | NJ Emergency Rescue Mtg Assistance Program, 637 S Clinton Ave PO Box 18550, Trenton, NJ 08650-2085 |
| 520890618 | + | Petro Home Service, 15 Richboynton Rd, Dover, Dover, NJ 07801-2649 |
| 520890620 | | Rockaway Animal Hospital, 328 Us-46, Rockaway, NJ 7866 |
| 520890623 | + | Short Hills Surgery Center, 187 Millburn Ave, Millburn, NJ 07041-1845 |
| 520890624 | + | WELLS FARGO AUTO CRE, PO BOX 71092, CHARLOTTE, NC 28272-1092 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2026 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2026 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2026 21:59:05 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2026 21:59:24 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 521089720 | ^ | MEBN | Oct 06 2026 21:48:49 | AMERIHOME MORTGAGE COMPANY LLC c/o ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 520892685 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2026 21:59:05 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520898357 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2026 21:59:14 | Ally Capital Department, AIS Portfolio Services, LLC, Account: XXXXXXXX4897, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520916078 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2026 21:59:24 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 520890598 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 06 2026 21:49:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 520892764 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 06 2026 21:50:00 | Ascendium Education Solutions, Inc OBO, Florida Department of Education OSFA, PO Box 8961, Madison WI 53708-8961 |
| 520955076 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2026 21:59:15 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520890602 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 06 2026 21:59:23 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 520890603 | | Email/Text: ibnk@conserve-arm.com | Oct 06 2026 21:50:00 | CONSERVE, PO Box 307, Fairport, NY 14450-0307 |
| 520890604 | + | Email/Text: mrdiscen@discover.com | Oct 06 2026 21:49:00 | Discover Bank, 502 E Market St, Greenwood, DE 19950-9700 |
| 521261007 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 06 2026 21:50:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 521261008 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 06 2026 21:50:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 520890605 | + | Email/Text: BNC@foundationfinance.com | Oct 06 2026 21:50:00 | Foundation Finance, 7802 MEADOW ROCK DRIVE, WESTON, WI 54476-5262 |
| 520955194 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 06 2026 21:50:00 | Foundation Finance Company, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 520890606 | + | Email/PDF: blackdragon1086@gmail.com | Oct 06 2026 21:49:00 | Hollie Sebastian, 110 Metro Trl, Hopatcong, NJ 07843-1554 |
| 520890610 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2026 21:49:00 | IRS, Attn: Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520939736 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 06 2026 21:50:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520890612 | ^ | MEBN | Oct 06 2026 21:47:34 | KML Law Group, PC, 701 Market Street, Philadelphia, NJ 19106-1538 |
| 520890614 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 06 2026 21:50:00 | MIDLAND CREDIT MANAGEM, 320 E BIG BEAVER RD STE, TROY, MI 48083-1238 |
| 520942795 | + | Email/Text: bankruptcy@certified-solutions.com | Oct 06 2026 21:50:00 | MORRISTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520890615 | | Email/Text: Bankruptcy@mjrf.com | Oct 06 2026 21:49:00 | Mullooly Jeffrey Rooney & Flynn, LLP, 6851 Jericho Turnpike Suite 220, Syosset, NY 11791-9036 |
| 520941948 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 06 2026 21:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520890619 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 06 2026 21:59:24 | PORTFOLIO RECOV ASSOC, PO Box Box 12914, Norfolk, VA 23541-0914 |
| 520920654 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 06 2026 21:59:05 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520890621 | | Email/Text: EBN@seliplaw.com | Oct 06 2026 21:49:00 | Selip & Stylianou LLP, PO Box 914, Paramus, NJ 07653 |
| 520890616 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 06 2026 21:49:00 | New Jersey Division of Taxation, Bankruptcy Unit, 3 John Fitch Way Fl. 5, Trenton, NJ 08695-0245 |
| 520955337 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 06 2026 21:49:00 | State of New Jersey-Division of Taxation, PO Box 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520890622 | ^ | MEBN | Oct 06 2026 21:48:49 | Servicemac, LLC, 9726 Old Bailes Rd Ste 2, Fort |

| | | | | |
|---|---|---|---|---|
| | | | | Mill, SC 29707-7881 |
| 520958996 | | Email/Text: BNCnotices@dcmservices.com | Oct 06 2026 21:49:00 | St Claires Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 521216225 | | Email/Text: EDBKNotices@ecmc.org | Oct 06 2026 21:49:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520947674 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Oct 06 2026 21:59:14 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, Tx 75016-9005 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520892686 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520890607 | *+ | Hollie Sebastian, 110 Metro Trl, Hopatcong, NJ 07843-1554 |
| 520890609 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520890608 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520890601 | ##+ | BUREAU OF ACCOUNTS CON, 3601 US HIGHWAY 9, HOWELL, NJ 07731-3395 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor Ally Capital bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com |
| Scott J. Goldstein | on behalf of Joint Debtor Hollie Sebastian scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| Scott J. Goldstein | on behalf of Debtor Andrew Thomas Black scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6